IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ANEMONA IANCU,

          Defendant.

CR 26-29-GF-BMM-JTJ

FINDINGS AND
RECOMMENDATION

The Defendant, by consent, appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and entered a plea of guilty to the charge of Bulk Cash Smuggling, in violation of Title 31 U.S.C. § 5332(a).

After examining the Defendant under oath, the Court finds that the Defendant's plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived by pleading guilty; and that there is a factual basis establishing each of the essential elements of the crime to which the Defendant plead guilty. The Court therefore recommends that the Defendant be adjudged guilty of the offense

and that sentence be imposed. Defendant, at the conclusion of the hearing, waived

her right to a Presentence Report.

DATED this 29th day of April 2026.

John Johnston
United States Magistrate Judge

## NOTICE

Objections to these Findings and Recommendation are waived unless filed

and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P.

59(b)(2).